MESERVY LAW, P.C.
LONDON D. MESERVY (SB# 216654)
1111 Sixth Avenue, Suite 404
San Diego, CA  92101
Telephone:   (858) 779-1276
Facsimile:    (866) 231-8132
london@meservylawpc.com

THE LAW OFFICE OF TERRY J. CHAPKO
TERRY J. CHAPKO (SB# 178807)
1111 Orange Avenue, Suite A
Coronado, California 92118
Telephone:   (619) 522-2100
Facsimile:    (619) 522-2104
tchapko@chapkolaw.com

THE DENTE LAW FIRM
MATTHEW S. DENTE (SB#241547)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:   (619) 550-3475
Facsimile:    (619) 342-9668
matt@dentelaw.com

Attorneys for Plaintiff David Gray Taylor, Jr.
and for Members of the Class and SubClasses

[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRAY TAYLOR, JR., INDIVIDUALLY, AND ON BEHALF OF OTHER MEMBERS OF THE PUBLIC SIMILARLY SITUTATED,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIRST CORPORATION AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.  10cv2296-lab (WMc)<br><br>**NOTICE OF JOINT MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     _May 2, 2011<br>Time:    _11:15 a.m.<br>Courtroom:          9<br>Judge:   Hon. Larry A. Burns |

1.

**NOTICE OF MOTION AND MOTION FOR**          **10CV2296-LAB (WMC)**
**PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

GOODWIN PROCTER LLP
BRADFORD J. SMITH (PRO HAC VICE)
LAURA REES ACOSTA (PRO HAC VICE)
MICHAEL J. WYLIE (PRO HAC VICE)
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231
E-mail:         bsmith@goodwinprocter.com
                    lacosta@goodwinprocter.com
                    mwylie@goodwinprocter.com

GOODWIN PROCTER LLP
ALISON M. NORRIS (SB # 248711)
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Telephone: (213) 426-2500
Facsimile:  (213) 623-1673
E-mail:         anorris@goodwinprocter.com

Attorneys for Defendant
UniFirst Corporation

2.

**NOTICE OF MOTION AND MOTION FOR** **10CV2296-LAB (WMC)**
**PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

1  TO THE COURT AND ALL INTERESTED PARTIES:

2  PLEASE TAKE NOTICE THAT on May 2, 2011, at 11:15 a.m., or as soon thereafter as
3  the matter can be heard, in Courtroom 9 of the United States District Court for the Southern
4  District of California, located at 880 Front Street, San Diego, California 92101, Plaintiff David
5  Gray Taylor, Jr. and Defendant UniFirst Corporation will, and hereby do, jointly move the Court
6  to grant preliminary approval of the parties' proposed class action settlement.  Specifically, the
7  parties jointly request that the Court issue an order:  (a) granting preliminary approval of the
8  proposed class settlement; (b) granting conditional certification of the settlement class; (c)
9  authorizing the mailing of the proposed class notice and claim form; and (d) scheduling a
10 "fairness hearing" for final approval of the settlement.

11 This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

12 The parties make this motion on the grounds that the proposed settlement is fair, adequate,
13 and reasonable; it is well within the range of possible final approval; and the notice procedures
14 proposed by the parties are adequate to ensure the opportunity of class members to participate in,
15 opt out of, or object to the settlement.

16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

3.

**NOTICE OF MOTION AND MOTION FOR**                                   **10CV2296-LAB (WMC)**
**PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

This motion is based upon this notice of motion and joint motion, the accompanying memorandum of points and authorities in support of the motion, the declarations of London D. Meservy, Terry J. Chapko, and Matthew S. Dente and attached exhibits, such evidence and argument of counsel as may be presented at the hearing, the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

Dated: March 7, 2011

        MESERVY LAW, P.C.
        THE LAW OFFICE OF TERRY J. CHAPKO
        THE DENTE LAW FIRM

        By: s/ London D. Meservy
            LONDON D. MESERVY
            (SB# 216654)

Attorneys for Plaintiff David Gray Taylor, Jr. and for Members of the Class and SubClasses

Dated: March 7, 2011

        GOODWIN PROCTER LLP

        By: s/Bradford J. Smith
            BRADFORD J. SMITH
            (PRO HAC VICE)

Attorneys for UniFirst Corporation