1    MESERVY LAW, P.C.
     LONDON D. MESERVY (SB# 216654)
2    120 C Avenue, Suite 120
     Coronado, CA  92118
3    Telephone:    (858) 779-1276
     Facsimile:     (866) 231-8132
4    london@meservylawpc.com

5    THE LAW OFFICE OF TERRY J. CHAPKO
     TERRY J. CHAPKO (SB# 178807)
6    1111 Orange Avenue, Suite A
     Coronado, California 92118
7    Telephone:    (619) 522-2100
     Facsimile:     (619) 522-2104
8    tchapko@chapkolaw.com

9    THE DENTE LAW FIRM
     MATTHEW S. DENTE (SB#241547)
10   600 B Street, Suite 1900
     San Diego, CA 92101
11   Telephone:    (619) 550-3475
     Facsimile:     (619) 342-9668
12   matt@dentelaw.com

13   Attorneys for Plaintiff David Gray Taylor, Jr.
     and for Members of the Class and SubClasses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRAY TAYLOR, JR., INDIVIDUALLY, AND ON BEHALF OF OTHER MEMBERS OF THE PUBLIC SIMILARLY SITUTATED,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNIFIRST CORPORATION AND DOES 1-10, INCLUSIVE,<br><br>          Defendants. | Case No. 10cv2296-AJB (WMc)<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND COSTS, CLASS REPRESENTATIVE'S ENHANCEMENT PAYMENT, AND PAYMENT TO CLAIMS ADMINISTRATOR**<br><br>Date:    October 17, 2011<br>Time:    8:30 a.m.<br>Courtroom:  12<br>Judge:   Hon. Anthony J. Battaglia |

**NOTICE OF MOTION AND MOTION**                                        **10CV2296-AJB (WMC)**
**FOR FINAL APPROVAL OF CLASS SETTLEMENT**

1  TO THE COURT AND ALL INTERESTED PARTIES:

2       PLEASE TAKE NOTICE THAT on October 17, 2011, at 8:30 a.m., or as soon thereafter
3  as the matter can be heard, in Courtroom 12 of the United States District Court for the Southern
4  District of California, located at 880 Front Street, San Diego, California 92101, Plaintiff David
5  Gray Taylor, Jr. will, and hereby does, move the Court to grant final approval of the parties'
6  proposed class action settlement. Specifically, Plaintiff respectfully requests that the Court to
7  issue an order (1) granting final approval of this Settlement; (2) approving distribution of the
8  settlement funds to the Class Members and the California Labor & Workforce Development
9  Agency; (3) approving Class Counsel's request for an award of $650,000.00 as an award of
10 attorneys' fees and $9,317.17 in costs; (4) approving the request for a $12,500.00 enhancement
11 for the named Plaintiff; (5) and approving payment of up to $17,650.00 to Rust Consulting, Inc.
12 for settlement administration fees and costs.  Plaintiff's Motion is unopposed.

13      This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

14      Plaintiff makes this motion on the grounds that the proposed Settlement is fair, adequate,
15 and reasonable and that all class members have been given the opportunity to participate in, opt-
16 out of, or object to the Settlement.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

**NOTICE OF MOTION AND MOTION**                                              **10CV2296-AJB (WMC)**
**FOR FINAL APPROVAL OF CLASS SETTLEMENT**

This motion is based upon this notice of motion and joint motion, the accompanying memorandum of points and authorities in support of the motion, the declarations of London D. Meservy, Terry J. Chapko, and Matthew S. Dente and attached exhibits, such evidence and argument of counsel as may be presented at the hearing, the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

Dated: September 16, 2011

                                        MESERVY LAW, P.C.
                                        THE LAW OFFICE OF TERRY J. CHAPKO
                                        THE DENTE LAW FIRM

                                        By: s/ London D. Meservy
                                             LONDON D. MESERVY
                                             (SB# 216654)

                                        Attorneys for Plaintiff David Gray Taylor, Jr. and
                                        for Members of the Class and SubClasses

653198

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party of this action.  My business address is Meservy Law, P.C., 120 C Avenue, Suite 120, Coronado, California 92118.

I hereby certify that on September 16, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 16, 2011, at San Diego, California.

        s/London D. Meservy
        London D. Meservy